UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-22258-CIV-MARTINEZ-OTAZO-REYES

JONATHAN HECKMAN, on behalf of himself
and all others similarly situated,
    Plaintiff,

vs.

SBE ENT HOLDINGS, LLC, et al.,
    Defendants.
_____/

## ORDER ON FINAL MEDIATION REPORT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the mediator's Final Mediation Report, [ECF No. 114], indicating that the parties have reached a settlement in this matter.[1] It is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

2.    If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of January, 2020.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] The agreement is between Plaintiff, in his individual capacity, and the Defendants.